**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 96-10446 c/w
97-10311

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

LAWRENCE M. HARRISON, a/k/a
LAWRENCE S. IORIZZO, a/k/a
"SAL",

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
For the Northern District of Texas
(3:94-CR-428)
_____

August 7, 1998
Before WISDOM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Affirmed.  See Local Rule 47.6.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.